UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BREAKWATER TRADING LLC,

                            Plaintiff,                  20 Civ. 3515 (PAE)

-v-

                                                    ORDER

JPMORGAN CHASE & CO.,

                            Defendant.

PAUL A. ENGELMAYER, District Judge:

      This Court was recently reassigned this case from Judge Woods. On June 1, 2020, the parties requested an extension to answer, Dkts. 8–9, which was unaddressed as of the time of the reassignment. The deadline to respond to the complaint passed on June 3, 2020. Defendant has yet to respond. The Court has also become aware that plaintiff's counsel has filed a motion to transfer and consolidate in a multi-district litigation four cases concerning the same involving the same alleged scheme. MDL No. 2958, Dkt. 1.

      The Court directs the parties to file a joint letter, no later than July 2, 2020, updating the Court on the status of this case and proposing next steps.

      SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                              PAUL A. ENGELMAYER
                                                              United States District Judge

Dated: June 30, 2020
       New York, New York