UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION | No. 1:20-cv-03515 (PAE)<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Breakwater Trading LLC and Endeavor Trading, LLC, by and through their undersigned counsel, hereby voluntarily dismiss their claims in the above-captioned action without prejudice. No class has been certified, and defendants have not answered the complaint, nor moved for summary judgment. No statute governing this action requires an order from the court for voluntary dismissal. Breakwater Trading LLC's and Endeavor Trading, LLC's respective claims in this action are hereby dismissed in their entirety and without prejudice.

Dated: October 14, 2020

/s/ Linda P. Nussbaum
Linda P. Nussbaum (NY 1594753)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9102
lnussbaum@nussbaumpc.com

*Counsel for Plaintiffs Breakwater Trading, LLC and Endeavor Trading, LLC*