October 16, 2020

**<u>VIA ECF</u>**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re JPMorgan Treasury Futures Spoofing Litig.*, No. 20 Civ. 3515 (PAE)

Dear Judge Engelmayer:

      As interim co-lead counsel, we write pursuant to the Court's October 9, 2020 Opinion & Order that, among other things, ordered:

> To the extent that Lowey/Kirby has existing agreements with the pre-designated (or any other) firms regarding division of labor or fee arrangement, Lowey/Kirby is ordered, within one week of this decision, to file those proposed agreements for the Court promptly to examine. The Court's pre-designation of these firms is contingent on its review of any such agreements.

*See* ECF No. 37 at p. 13, n. 2.

      Interim co-lead counsel does not have any existing agreements with the pre-designated (or any other) firm(s) regarding division of labor and/or fee arrangement(s).

  Dated: October 16, 2020                    Respectfully submitted,

**KIRBY McINERNEY LLP**            **LOWEY DANNENBERG, P.C.**

*/s/ Karen M. Lerner*                 */s/ Vincent Briganti*
Karen M. Lerner                    Vincent Briganti
250 Park Avenue, Suite 820        44 South Broadway, Suite 1100
New York, NY 10177              White Plains, NY 10601
Tel.: (212) 371-6600             Tel.: (914) 997-0500
E-mail: klerner@kmllp.com        E-mail: vbriganti@lowey.com