UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION

20 Civ. 3515 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

The Court has received a notice of voluntary dismissal on behalf of two plaintiffs in this litigation, Breakwater Trading LLC and Endeavor Trading, LLC.  Dkt. 39.  The Court dismisses all claims brought by these two plaintiffs without prejudice and respectfully directs the Clerk of Court to terminate these two plaintiffs only.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2020
       New York, New York