UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION | No. 1:20-cv-03515 (PAE)<br><br>NOTICE AND ORDER OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that, pursuant to Local Rule 1.4 and subject to the approval of the Court, Plaintiffs Breakwater Trading LLC and Endeavor Trading, LLC (collectively, the "Breakwater Plaintiffs") hereby withdraw the appearance of Linda P. Nussbaum as counsel in the above-captioned action. By Order dated October 26, 2020, the Court dismissed the Breakwater Plaintiffs' claims without prejudice. Dkt. No. 42. Several other counsel continue to represent other plaintiffs and the proposed class. The Court has recently extended all deadlines in the case by 28 days, and no further action is scheduled before an initial conference on November 30, 2020. Dkt. No. 43. Ms. Nussbaum is not asserting a retaining or charging lien.

Dated: October 27, 2020

/s/ Linda P. Nussbaum
Linda P. Nussbaum (NY 1594753)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9102
lnussbaum@nussbaumpc.com

*Counsel for Plaintiffs Breakwater Trading, LLC and Endeavor Trading, LLC*

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 27, 2020, 2020
New York, New York

2