IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JP MORGAN TREASURY FUTURES SPOOFING LITIGATION | Case No. l:20-cv-03515 (PAE) |

### NOTICE AND ORDER OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 1.4 and subject to the approval of the Court, Plaintiff John Grace hereby withdraws the appearance of Vincent J. Ward as counsel in the above-captioned action. Plaintiff and the proposed class will continue to be represented in this matter by their remaining counsel.

Dated:  November 12, 2020

/s/ Vincent J. Ward
Vincent J. Ward (*admitted pro hac vice*)
FREEDMAN BOYD HOLLANDER GOLDBERG
  URIAS & WARD P.A.
20 First Plaza NW, Suite 700
Albuquerque, NM 87102
(505) 842-9960;  Fax: (505) 842-0761
jg@fbdlaw.com

*Counsel for Plaintiff John Grace*

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  November 25, 2020
New York, New York