November 25, 2020

<u>By ECF</u>

Honorable Paul A. Engelmayer,
Thurgood Marshall United States Courthouse,
40 Foley Square,
New York, New York 10007-1312.

      Re:    *In re JPMorgan Treasury Futures Spoofing Litigation*,
              No. 1:20-cv-03515-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

      On behalf of the parties in the above-captioned action, we write to provide Your Honor with a status update in advance of the initial conference scheduled for November 30, 2020.

      By way of background, on October 26, 2020, the parties jointly requested an adjournment to case deadlines in order to explore settlement (ECF No. 41), and later that day, Your Honor extended all deadlines by 28 days and adjourned the initial conference until November 30, 2020. (ECF No. 43.) Since the Court's October 26 Order, the parties have taken substantial steps towards resolution, including (i) agreeing to mediate, (ii) entering into a confidentiality agreement that will govern the mediation, (iii) selecting a mediator, and (iv) discussing procedures, including information exchanges, for the forthcoming mediation. In light of the fact that no discovery has yet occurred, the parties anticipate that several months are needed to complete the mediation process. Accordingly, the parties anticipate requesting at the November 30 conference that the Court further extend the deadlines in this action.

      Additionally, pursuant to Rule 2.C of this Court's Emergency Individual Rules and Practices in Light of COVID-19, the parties inform the Court that the following attorneys will be speaking at the November 30 teleconference:

| **Attorney** | **Phone Number** | **Party** |
| --- | --- | --- |
| Amanda Davidoff | (571) 213-9655 | Defendants |
| Raymond Girnys | (914) 733-7251 | Plaintiffs |
| Karen Lerner | (973) 610-6068 | Plaintiffs |

Hon. Paul A. Engelmayer                                                                                                           -2-

We look forward to discussing these matters at the upcoming conference.

                                                           Respectfully submitted,

                                                           /s/ *Amanda F. Davidoff*
                                                           Amanda F. Davidoff
                                                           Counsel for Defendants

                                                           /s/ *Vincent Briganti*
                                                           Vincent Briganti
                                                           Co-Lead Counsel for Plaintiffs

                                                           /s/ *Karen M. Lerner*
                                                           Karen M. Lerner
                                                           Co-Lead Counsel for Plaintiffs

cc:     All counsel of record (via ECF)