## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIG. | Master Docket No. 1:20-cv-03515-PAE |

## SCHEDULING ORDER

WHEREAS, on February 1, 2021, the parties requested that the Court extend existing case deadlines by 28 days in light of the parties' progress toward settlement;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. Plaintiffs shall file their consolidated complaint by March 19, 2021.

2. Defendants shall answer, move to dismiss, or otherwise respond to the consolidated complaint by May 14, 2021.

3. Plaintiffs shall file their opposition to Defendants' motion to dismiss by July 13, 2021.

4. Defendants shall file their reply in support of their motion to dismiss by August 12, 2021.

5. The Parties may request a limited additional extension of case deadlines by March 1, 2021, if progress is made at the February 16 mediation.

**SO ORDERED.**

DATED: February 1, 2021
        New York, New York

*Paul A. Engelmayer*
Hon. Paul A. Engelmayer
United States District Judge