

**KIRBY McINERNEY LLP**
250 Park Avenue, Suite 820, New York, NY 10177
Tel. 212.371.6600   Fax. 212.751.2540
WWW.KMLLP.COM

August 18, 2021

**VIA ECF**

Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007-1312

      Re:   *In re JPMorgan Treasury Futures Spoofing Litigation*,
            No. 1:20-cv-03515-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

     We write on behalf of Plaintiffs in the above-referenced action to respectfully request that the Court adjourn the case deadline to file a motion for preliminary settlement approval for thirty (30) days from August 23, 2021 to September 22, 2021. The settling parties respectfully submit that although they have been working diligently on the settlement documentation, and are close to finalizing an agreement, they require additional time to finalize certain terms of the final stipulation. Counsel for Defendants consent to the requested adjournment. There have been five (5) previous requests for extensions of time in this matter (ECF Nos. 41, 51, 53, 55, 60), and Your Honor granted those requests with modifications (ECF Nos. 43, 52, 54, 56, 62).

     We are available at the Court's convenience to discuss these matters.

                              Respectfully submitted,

*/s/ Raymond P. Girnys*                         */s/ Karen M. Lerner*
Raymond P. Girnys                             Karen M. Lerner

                 *Interim Co-Lead Class Counsel for Class Plaintiffs*

cc:    All counsel of record (via ECF)

NEW YORK | CALIFORNIA

Granted. All deadlines in the case are stayed until September 22, 2021. On or before that date, the parties shall submit a motion for preliminary approval of the settlement.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
08/19/21