**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION | Case No.: 1:20 Civ. 03515 <br><br> Hon. Paul A. Engelmayer |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**CLASS PLAINTIFFS' NOTICE OF MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH
JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP., J.P.
MORGAN SECURITIES LLC, AND J.P. MORGAN FUTURES, INC.**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Joint Declaration of Vincent Briganti and Karen M. Lerner, dated September 22, 2021 and the exhibits attached thereto including the Settlement Agreement, and the record herein, Plaintiffs Charles Herbert Proctor, III, Synova Asset Management, LLC, Robert Charles Class A, L.P., Thomas Gramatis, Budo Trading LLC, Kohl Trading LLC, M & N Trading L.L.C., Port 22 LLC, and Rock Capital Markets LLC (collectively, "Class Plaintiffs"), by and through their undersigned counsel, will respectfully move this court, before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York at a date and time to be determined by this Court, for an order granting Class Plaintiffs' motion for preliminary approval of the settlement with Defendants JPMorgan Chase & Co., J.P. Morgan Clearing Corp. (now known as J.P. Morgan Securities LLC), J.P. Morgan Securities LLC, and J.P. Morgan Futures, Inc. (now known as J.P. Morgan Securities LLC) (collectively, "JPMorgan") and the other relief set forth in the proposed order filed herewith.

Dated: September 22, 2021

| | |
|---|---|
| **KIRBY McINERNEY LLP** | **LOWEY DANNENBERG, P.C.** |
| */s/ Karen M. Lerner* | */s/ Vincent Briganti* |
| Karen M. Lerner | Vincent Briganti |
| David E. Kovel | Raymond P. Girnys |
| Anthony E. Maneiro | Johnathan P. Seredynski |
| 250 Park Avenue, Suite 820 | 44 South Broadway, Suite 1100 |
| New York, NY 10177 | White Plains, NY 10601 |
| Tel.: (212) 371-6600 | Tel.: (914) 997-0500 |
| E-mail: klerner@kmllp.com | E-mail: vbriganti@lowey.com |
| E-mail: dkovel@kmllp.com | E-mail: rgirnys@lowey.com |
| E-mail: amaneiro@kmllp.com | E-mail: jseredynski@lowey.com |

*Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Class*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

Anthony F. Fata (*pro hac vice*)
150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: (312) 782-4882
E-mail: afata@caffertyclobes.com

**FREED KANNER LONDON & MILLEN LLC**

Steven A. Kanner (*pro hac vice*)
Douglas A. Millen (*pro hac vice*)
Brian M. Hogan (*pro hac vice*)
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
E-mail: skanner@fklmlaw.com
E-mail: dmillen@fklmlaw.com
E-mail: bhogan@fklmlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
E-mail: cburke@scott-scott.com

Amanda F. Lawrence
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2645
E-mail: alawrence@scott-scott.com

Louis F. Burke
Thomas K. Boardman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-4478
E-mail: lburke@scott-scott.com
E-mail: tboardman@scott-scott.com

*Additional Counsel for Plaintiffs and the Proposed Class*