UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION

20 Civ. 3515 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a consent letter from the parties seeking to adjourn the fairness hearing currently scheduled for March 4, 2022, in order to ensure sufficient time to implement and complete the Court-approved Notice Plan. Dkts. 74–75. That request is granted, and the fairness hearing is rescheduled to **May 31, 2022 at 4 p.m**. The remaining deadlines in the Court's Preliminary Approval Order remain in place.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*Paul A. Engelmayer*
　　　　　　　　　　　　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: December 15, 2021
　　　　New York, New York