**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION | Case No.: 1:20 Civ. 03515<br><br>Hon. Paul A. Engelmayer |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

**NOTICE OF CLASS PLAINTIFFS' MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH
JPMORGAN CHASE & CO., J.P. MORGAN CLEARING CORP.,
J.P. MORGAN SECURITIES LLC, AND J.P. MORGAN FUTURES, INC.**

**PLEASE TAKE NOTICE** that, on May 31, 2022 at 4:00 p.m. (EDT) before the Honorable Paul A. Engelmayer, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, Class Counsel will and hereby do move the Court for an order granting final approval of the Settlement between Class Plaintiffs and JPMorgan Chase & Co., J.P. Morgan Clearing Corp. (now known as J.P. Morgan Securities LLC), J.P. Morgan Securities LLC, and J.P. Morgan Futures, Inc. (now known as J.P. Morgan Securities LLC), and for such other relief as the Court may deem just and proper.

The grounds for this Motion are set forth in and based on the accompanying memorandum of law and supporting papers filed herewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

Dated: April 1, 2022                                                    Respectfully submitted,

| **KIRBY McINERNEY LLP** | **LOWEY DANNENBERG, P.C.** |
|---|---|
| */s/ Karen M. Lerner* | */s/ Vincent Briganti* |
| Karen M. Lerner | Vincent Briganti |
| David E. Kovel | Raymond P. Girnys |
| 250 Park Avenue, Suite 820 | Johnathan P. Seredynski |
| New York, NY 10177 | 44 South Broadway, Suite 1100 |
| Tel.: (212) 371-6600 | White Plains, NY 10601 |
| E-mail: klerner@kmllp.com | Tel.: (914) 997-0500 |
| E-mail: dkovel@kmllp.com | E-mail: vbriganti@lowey.com |
| | E-mail: rgirnys@lowey.com |
| Anthony F. Fata | E-mail: jseredynski@lowey.com |
| Anthony E. Maneiro | |
| 211 West Wacker Drive, Suite 550 | |
| Chicago, IL 60606 | |
| Tel.: (312) 767-5180 | |
| E-mail: afata@kmllp.com | |
| E-mail: amaneiro@kmllp.com | |

*Class Counsel for Class Plaintiffs and the Proposed Class*

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**

Jennifer Sprengel (*pro hac vice*)
150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: (312) 782-4882
E-mail: jsprengel@caffertyclobes.com

**FREED KANNER LONDON & MILLEN LLC**

Steven A. Kanner (*pro hac vice*)
Douglas A. Millen *(pro hac vice)*
Brian M. Hogan (*pro hac vice*)
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: 224-632-4500
E-mail: skanner@fklmlaw.com
E-mail: dmillen@fklmlaw.com
E-mail: bhogan@fklmlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Christopher M. Burke
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
E-mail: cburke@scott-scott.com

Amanda F. Lawrence
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 531-2645
E-mail: alawrence@scott-scott.com

Louis F. Burke
Thomas K. Boardman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-4478
E-mail: lburke@scott-scott.com
E-mail: tboardman@scott-scott.com

*Supporting Counsel for Class Plaintiffs and the Proposed Class*