UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE JPMORGAN TREASURY FUTURES SPOOFING
LITIGATION

20 Civ. 3515 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

To accommodate a jury trial, the fairness hearing currently scheduled for May 31, 2022 at 4 p.m. is rescheduled to **May 31, 2022 at 5 p.m**. The hearing will still occur in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. To the extent that objectors or others appear at the scheduled 4 p.m. time, the Court's staff will notify them of the one-hour adjournment of the fairness hearing.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 27, 2022
      New York, New York