UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE JPMORGAN TREASURY FUTURES SPOOFING LITIGATION

20 Civ. 3515 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

This order memorializes that, on May 31, 2022, the Court held a fairness hearing in this case, at which it resolved, via a bench decision, the pending motions to approve a class settlement, Dkt. 79, and for an award of fees and costs to class counsel and service fees for the class representatives, Dkt. 80. The Court informed that parties that its approval of the proposed settlement and award would be contingent upon the parties' submission of an updated claim form and distribution plan that guards against double recovery, which is risked by the existence of a government victim compensation fund available to potential class members seeking recompense for the same alleged unlawful conduct here. The parties have submitted an amended claim form and distribution plan that adequately guards against that risk. Dkt. 94. Accordingly, by separate order, the Court will enter the appropriate orders approving the pending motions, on the condition that Exhibits A and B of Dkt. 94, will be operative claim form and distribution plan, respectively. The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 79 and 80 and to close this case.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: June 3, 2022
New York, New York